HAGGINS CHIROPRACTIC
CENTER, Appellant,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
Respondent.

No. 74655.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 30, 1999.

Sue C. Speers, St. Louis, for appellant.

Harold L. Whitfield, Harold L. Whitfield & Associates, Kirkwood, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, Haggins Chiropractic Center, appeals the summary judgment of the Circuit Court of St. Louis City entered in favor of respondent, American Family Mutual Insurance Company, denying appellant's breach of an insurance contract claim. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment of the trial court is supported by substantial and competent evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

James P. MARTINEZ,
Plaintiff/Appellant,

v.

ST. LUKE'S HEALTH CORPORATION,
Defendant/Respondent.

No. 74772.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 30, 1999.

G. William Wynne, Clayton, for appellant.

John J. Moellering, Gary M. Smith, Lewis, Rice & Fingersh, L.C., St. Louis, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

ORDER

PER CURIAM.

James P. Martinez (Plaintiff) appeals from a judgment entered by the trial court sustaining the motion for summary judgment filed by St. Luke's Health Corporation (Defendant) and denying Plaintiff's Motion to Substitute Name of Party and Suggestion of Mootness of Defendant's Motion for Summary Judgment.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. We find no genuine issue of material fact or error of law. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).